1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  DAVID R. CALLAWAY (CABN 121782)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5596
7      Fax:  (408) 535-5066
       E-Mail: David.Callaway@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 IN THE UNITED STATES DISTRICT COURT
11                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                          SAN JOSE DIVISION
13

14 UNITED STATES OF AMERICA,          )    No. CR 13-70550-HRL
                                      )    No. CR 13-70551-HRL
15                                    )
            v.                        )    STIPULATION CONTINUING
16                                    )    ARRAIGNMENT; ORDER [proposed]
                                      )
17 DAVID JOHN STEVENS,                )
                                      )
18          Defendant.                )
   _____ )
19

20      The United States and defendant David John Stevens, through their counsel, stipulate that

21 the defendant's arraignment on case CR 13-70550 be continued from Thursday, June 6, 2013, to

22 **Thursday, June 27, 2013,** at 10:30 a.m., before The Honorable Paul S. Grewal, United States

23 Magistrate Judge. The parties similarly request that case CR 13-70551 be put over to the same date

24 and time. With respect to the first matter, the basis for the requested continuance is to allow the

25 parties additional time to obtain and review discovery, and to explore the possibility of a global

26 disposition that would include anticipated related charges in Monterey County. With respect to the

27 second matter, the government moved to dismiss the underlying case in the District of Columbia

28

STIP RE ARRAIGNMENT; [PROPOSED] ORDER
CR 13-70550 and 70551 HRL

1  (1:13-mj-361, assigned to The Honorable Alan Kay, United States Magistrate Judge), on May 20,
2  2013. The parties understand and believe that the case in the District of Columbia has been
3  dismissed, but have been unable to confirm that fact as of this writing.
4      The parties further agree that time for the filing of an information or indictment, as required
5  by 18 U.S.C. § 3161(b), shall be continued to the date set forth in the preceding paragraph, and that
6  such time is appropriately excluded from the "speedy indictment" clock for, among other reasons,
7  the grounds set forth in 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

8  DATED: June 5, 2013            Respectfully submitted,

9                              MELINDA HAAG
                            United States Attorney
10
11                             /s/
                            _____
12                             DAVID R. CALLAWAY
                            Assistant United States Attorney

13                             /s/
14                             _____
                            DIANA A. GARRIDO
                            Counsel for Defendant
15

16 <u>ORDER</u>

17      Based on the parties' stipulation, and for good cause shown,
18      IT IS HEREBY ORDERED that the arraignment for defendant David John Stevens in the
19  first captioned matter shall be rescheduled to **Thursday, June 27, 2013,** at 10:30 a.m., before The
20  Honorable Paul S. Grewal, United States Magistrate Judge, and that the second captioned matter
21  shall be placed on calendar on the same day and time to determine whether the originating case in
22  Washington, D.C., has in fact been dismissed.
23      IT IS HEREBY FURTHER ORDERED that the time for the filing of an information or
24  indictment, as required by 18 U.S.C. § 3161(b), shall be continued to the date set forth in the
25  preceding paragraph, and that such time is appropriately excluded from the "speedy indictment"
26  clock based upon the stipulation of the parties and on the grounds set forth in 18 U.S.C. §
27  //
28

STIP RE ARRAIGNMENT; [~~PROPOSED~~] ORDER
CR 13-70550 and 70551 HRL

1

1  3161(h)(7)(A) and (B)(iv).

2

3  DATED: June 5, 2013                    _____
                                          PAUL S. GREWAL
4                                         United States Magistrate Judge

STIP RE ARRAIGNMENT; [PROPOSED] ORDER
CR 13-70550 and 70551 HRL

2